FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVIS L.,[1]<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | NO: 4:23-cv-05026-LRS<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

　　　BEFORE THE COURT is the parties' Stipulated Motion to Remand, ECF No. 15.  Based on the stipulation of the parties, the Court finds good cause to grant the motion.  Accordingly, pursuant to the stipulation, **IT IS HEREBY ORDERED**:

　　1. Defendant's Stipulated Motion for Remand, **ECF No. 15** is **GRANTED**.

　　2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy.  *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

3. On remand, the Appeals Council the Appeals Council will instruct the ALJ to: offer the claimant the opportunity for a new hearing; reconsider the opinions of Dr. Cole, Dr. Erlemeier, and all other medical evidence of record, and the prior administrative medical findings; perform a new sequential evaluation process; take additional testimony from a VE to clarify the effect of the assessed limitations on the claimant's ability to perform work; take any further action necessary to complete the administrative record, and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** August 9, 2023.

_____
LONNY R. SUKO
Senior United States District Judge